UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Maria Ruiz
                    Plaintiff,

v.                                      Case No.: 1:17−cv−02150
                                                            Honorable Ronald A. Guzman

Palos Community Hospital
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 4, 2017:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation to dismiss [29], this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). Each party shall bear their own costs, fees and expenses in connection with this litigation. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.